

450 Seventh Ave
Suite 1408
New York, NY 10123

Rafi Hasbani, Esq.
T. 212.643.6677
F. 347.491.4048
rhasbani@hasbanilight.com

*Licensed in NY and NJ*

Hasbani & Light, P.C.
450 Seventh Ave
Suite 1408
New York, NY 10123

October 28, 2022

**Via ECF**
The Honorable Judge Taryn A. Merkl
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    Green Mountain Holdings (Cayman) LTD v. McEachern et al
              Case Number: 1:22-cv-00858

Dear Judge Merkl,

Our office represents the plaintiff, Green Mountain Holdings (Cayman) LTD. ("Plaintiff") in the above-entitled action. The Plaintiff submits this letter in response to Judge your Honor's order dated 10/28/2022. As discussed on the telephonic conference on 10/06/2022, the parties would confer prior to 10/27/2022 to fill out the discovery order. Since the last conference, the undersigned has emailed and called Ms. Baez on numerous occasions and there has been no response. Plaintiff requests permission to fill out the discovery order without conferring with Defendants for the court's approval.

Thank you for your time and attention to this matter.

                                              Respectfully submitted,

                                              */s/ Rafi Hasbani*
                                              Rafi Hasbani, Esq.